**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**EDWARD DEAN SCHULER**                                                          **PLAINTIFF**
**ADC #140938**

v.                    **CASE NO: 1:13CV00008 BSM/BD**

**DAVID WHITE,** *et al.*                                                       **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition [Doc. No. 16] submitted by United States Magistrate Judge Beth Deere and the objections thereto have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is found that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT:

1. Edward Schuler's motion for order to show cause and temporary restraining order [Doc. No. 10] is denied.

2. It is certified that an *in forma pauperis* appeal taken from this order is considered frivolous and not in good faith.

Dated this 13th day of March 2013.

                                                                               *[signature: Brian S. Miller]*
                                                                    UNITED STATES DISTRICT JUDGE