# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**EDWARD DEAN SCHULER,**
**ADC #140938**                                                                                    **PLAINTIFF**

**V.**                       **CASE NO. 1:13CV00008 BSM**

**DAVID WHITE, et al.**                                                                         **DEFENDANTS**

## ORDER

The recommended disposition ("recommendation") submitted by Magistrate Judge Beth Deere has been reviewed; no objections have been filed. After careful consideration, it is determined that the recommendation should be, and hereby is, approved and adopted in all respects. The motion for summary judgment submitted by Ray Hobbs, Christopher Brandon, Michelle Williams, Chance Norris, Scott Ward, Patrick McCowan, George Siddons, Eddie Selvey, Levi Langston, Casey Cowgill, Jeremy Glenn, David White, and Justin Hunt ("J. Hunt"), ("ADC defendants") [Doc. No. 122] is granted. The motion for summary judgment filed by defendants Linda Hunt ("L. Hunt") and Denise Clifton-Jones [Doc. No. 125] is also granted. Accordingly, plaintiff Edward Schuler's claims against Hobbs, Brandon, McCowan, Ward, Siddons, Selvey, Langston, Cowgill, Glenn, White, and L. Hunt are dismissed, without prejudice, based on Schuler's failure to exhaust his administrative remedies. Schuler's claims against defendants Williams, Norris, J. Hunt, and Clifton-Jones are dismissed, with prejudice. Schuler's motion for summary judgment [Doc. No. 116] is denied.

IT IS SO ORDERED this 9th day of June 2014.

_____
UNITED STATES DISTRICT JUDGE